| CAG, LLC D/B/A JC PATIN | * | NO. 2020-CA-0325 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| SIMONE WATSON, THOMAS B. WATSON, AND PATRICIA A. WATSON | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*DNA*  **ATKINS, J., CONCURS IN THE RESULT FOR THE REASONS ASSIGNED BY JUDGE CHASE**